**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vicente MALDONADO–ASCENCIO, a.k.a Edwin Maldonado–Poso, a.k.a. Felix Poso, a.k.a Jose Molina, Defendant–Appellant.**

**No. 11–14789**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 7, 2012.

Steven E. Butler, Daryl Alsabrook Atchison, Christopher John Bodnar, Kenyen Ray Brown, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Kristen Gartman Rogers, Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, Vicente Maldonado–Ascencio, Washington, MS, for Defendant–Appellant.

---

Before BARKETT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Vicente Maldonado-Ascencio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Maldonado's conviction and sentence are **AFFIRMED.**